**Order entered May 23, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00665-CV

### IN RE ANDREW DAVID MALONE JR., Relator

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-95910-QN**

## ORDER
Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DISMISS** in part and **DENY** in part relator's May 13, 2013 petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      ROBERT M. FILLMORE
JUSTICE